N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

**CASE NO. 0:21-cv-61431**

ANTONIO CUEVAS,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
and TRANS UNION, LLC,

        Defendant.

                                     /

## DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Trans Union LLC ("Trans Union"), one of the Defendants herein, and files this Notice of Removal pursuant to 28 U.S.C. § 1446 and in support thereof would respectfully show the Court as follows:

### A.  PROCEDURAL BACKGROUND

1. On or about June 8, 2021, Plaintiff Antonio Cuevas ("Plaintiff") filed the Complaint in this action in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. COCE-21-030231 ("State Court Action") alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* against Defendants Trans Union, Experian Information Solutions, Inc. ("Experian"), and Equifax Information Services, LLC ("Equifax") (collectively, the "Defendants"). Plaintiff demanded a trial by jury.

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

3. Trans Union was served with Plaintiff's Complaint on June 25, 2021. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

## B.   GROUNDS FOR REMOVAL

4. The present suit is an action over which the United States District Court for the Southern District of Florida, Ft. Lauderdale Division has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. Moreover, any claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

## C.   COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after the Defendant Trans Union LLC received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the Southern District of Florida, Ft. Lauderdale Division because it is in the district and division embracing the place where the state court action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of the County Court in and for Broward County, Florida, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, orders, served upon the Defendant Trans Union LLC are attached hereto as **Exhibit A**.

9. Trial has not commenced in the County Court in and for Broward County, Florida.

10. All Defendants that have been served upon the date filing of this Notice of Removal consent to the removal of this case. Joinders in the Removal from Experian and Equifax are attached hereto as **Exhibit B**.

WHEREFORE, Defendant Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Respectfully submitted,

*/s/ Charlotte Long*
Charlotte Long
Florida Bar No. 0112517
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5461
Facsimile: (214) 871-2111
clong@qslwm.com
***Counsel for Trans Union LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July 2021, the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Jibrael S. Hiniji
jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6fh 5treet, Suite 1744
Fort Lauderdale, FL 33301
(954) 907-1l36
(855) 529-9540 Fax
*Counsel for Plaintiff*

Ephraim David Abreu
eabreu@jonesday.com
Jones Day
600 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 714-9700
(305) 714-9799 Fax
*Counsel for Experian*
*Information Solutions, Inc.*

Alexander Meier
ameier@seyfarth.com
Seyfarth Shaw LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
(404) 885-1500
(404) 892-7056 Fax
*Counsel for Equifax*
*Information Services LLC*

                                                              */s/ Charlotte Long*
                                                              Charlotte Long