**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

ANTONIO CUEVAS,

    Plaintiff,

v.                                          Case No.: 0:21-cv-61431-AHS

EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION
SERVICES, LLC, TRANS UNION, LLC,

    Defendants.

_____/

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**
**TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6(b) and 7(b) and Local Rule 7.1(a)(1)(J) of the Southern District of Florida, Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, respectfully moves this Court for an order extending Experian's time to respond to Plaintiff Antonio Cuevas' ("Plaintiff") Complaint up to and including August 20, 2021.  In support of this Motion, Experian states as follows:

    1.    Plaintiff filed his Complaint against Experian on June 8, 2021 in the County Court of the 17th Judicial Circuit in and for Broward County, Florida.

    2.    On July 14, 2021, Trans Union filed a Notice of Removal to this Court (Dkt. 1).

    3.    Experian's current deadline to respond to the Complaint is July 21, 2021.

    4.    Experian now seeks an Order from this Court extending Experian's time to respond to Plaintiff's Complaint up to and including August 20, 2021 so that Experian may have

sufficient time to investigate the allegations of the Complaint, prepare an appropriate and meaningful response to the Complaint, and if at all possible, pursue settlement negotiations.

5. This is the first request for additional time sought by Experian in this matter.

6. This extension is sought in good faith and not for the purposes of delay. Neither party will be prejudiced by this extension.

7. On July 19, 2021, Plaintiff's counsel confirmed that Plaintiff does not oppose the relief requested herein.

WHEREFORE, for the foregoing reasons, Experian respectfully requests that this Court extend Experian's time to respond to Plaintiff's Complaint up to and including August 20, 2021.

### RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that he has conferred with counsel for Plaintiff and that Plaintiff does not oppose the entry of an order granting this motion.

Dated: July 19, 2021                                    Respectfully submitted,

/s/ Ephraim David Abreu
Ephraim David Abreu
Florida Bar No. 1019147
Email: eabreu@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on July 19, 2021 on all counsel or parties of record.

                                                   */s/ Ephraim David Abreu*
                                                   Ephraim David Abreu