UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:21-cv-61431-SINGHAL/VALLE

ANTONIO CUEVAS,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION, LLC,

        Defendants.

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Equifax Information Services LLC ("Equifax"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7.1, respectfully requests an extension of time, through and including August 18, 2021, to respond to Plaintiff Antonio Cuevas's Complaint, and in support thereof states:

    1.    On June 8, 2021, Plaintiff filed a Complaint in the County Court of the Seventeenth Judicial Circuit In and For Broward County, Florida, titled *Antonio Cuevas v. Experian Information Solutions, Inc., et al.*; Case No. COCE-21-032328 Div. 52.

    2.    Equifax was served via process service on its registered agent, Corporation Service Company, on June 25, 2021.

    3.    On July 14, 2021, Defendant Trans Union removed the case to the United States District Court for the Southern District of Florida. (Doc. 1.)

    4.    Pursuant to Federal Rules of Civil Procedure 8 and 12, Equifax's response to Plaintiff's Complaint is currently due on July 21, 2021.

5.   Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff.  Accordingly, Equifax respectfully requests an extension of the deadline to respond to Plaintiff's Complaint, up to and including August 18, 2021.

6.   This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party.  This extension of time will allow Equifax sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, confer with counsel, and prepare its response.  This is Defendant Equifax's first request for an extension of time.

WHEREFORE, Equifax Information Services LC respectfully requests that this Court grant its request for an extension of time to respond to Plaintiff's Complaint, up to and including August 18, 2021.  A Proposed Order is attached and will be forwarded to Chambers.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel for Equifax has conferred with Plaintiff's counsel regarding this extension who advised that Plaintiff does not object to the relief requested in this Motion.

DATED: July 21, 2021

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 4700
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com

*Counsel for Defendant*
*Equifax Information Services LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Jason Daniel Joffe*
Jason Daniel Joffe