UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61431-CIV-SINGHAL/VALLE

ANTONIO CUEVAS,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
and TRANS UNION, LLC,

    Defendants.
_____/

## ORDER

    **THIS CAUSE** is before the Court upon the Joint Notice of Settlement (DE [29]) filed on September 3, 2021 by Plaintiff and Defendant Trans Union, LLC.  The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

    **ORDERED AND ADJUDGED** that the parties shall file a stipulation for dismissal of the claims against Trans Union, LLC, by **September 24, 2021**.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of September 2021.

                                                                _____
                                                                 RAAG SINGHAL
                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF