UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61431-CIV-SINGHAL/VALLE

ANTONIO CUEVAS,

     Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
and TRANS UNION, LLC,

     Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte* upon review of the docket. On August 3, 2021, Plaintiff filed a unilateral Notice of Settlement with Respect to Defendant Equifax Information Services, LLC ("Equifax") (DE [16]). Local Rule 16.4 requires that a Notice of Settlement "shall be filed and served jointly by counsel for all parties to the settlement." Accordingly, it is hereby

**ORDERED** that Plaintiff shall file a Notice of Voluntary Dismissal or seek entry of a Clerk's Default against Equifax no later than **September 29, 2021.** All deadlines remain in effect.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 24th day of September 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF